IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY REX WILSON,<br><br>Defendant. | CR-17-10-BLG-SPW-01<br><br>**ORDER VACATING HEARING** |

Upon the Defendant's Unopposed Motion to Vacate the Rule 104(a) Hearing (Doc. 65), and for good cause shown,

**IT IS HEREBY ORDERED** that the Rule 104(a) hearing presently set for Thursday, February 27, 2020 at 1:30 p.m. in the Snowy Mountains Courtroom of the James F. Battin Courthouse, in Billings, Montana, is **VACATED**.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 27th day of February, 2020.

SUSAN P. WATTERS
United States District Judge

1