**FILED**

AUG 0 5 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-10-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE DEFENDANT'S MOTION TO DISMISS |
| GREGORY REX WILSON, | |
| Defendant. | |

Before the Court is Defendant Gregory Rex Wilson's motion to dismiss for violation of the constitutional right to speedy trial and due process of law. (Doc. 76.) Wilson contends that the delay from the filing of the Indictment in the instant matter on January 19, 2017 and his current trial setting of August 10, 2020 violates his right to a speedy trial. Wilson contributes the majority of the delay—January 19, 2017 to March 7, 2019—to the Government's decision to postpone their prosecution of Wilson until the completion of Wilson's criminal prosecution in the Federal District of Oregon. Following a hearing on the matter on August 4, 2020, the issue is deemed fully briefed and ripe for adjudication. Based on the briefs submitted by the parties,

1

the arguments heard at the hearing, and good cause being shown, the Court denies Wilson's motion to dismiss. A memorandum of support will be forthcoming.

**IT IS HEREBY ORDERED** that Wilson's motion to dismiss for violation of the constitutional right to a speedy trial is **DENIED.**

The Clerk of Court shall notify the parties of this Order.

DATED this 5th day of August, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge